UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                  Case Number: 13-29913 ABA

Debtor: Rhonda L. Burgess

| Check Number | Creditor | Amount |
|---|---|---|
| 1858007 | Citifinancial | 6916.70 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  September 10, 2014